NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY EALEY, | ) | No. C 07-2616 JF (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| vs. | ) | |
| ALAMEDA COUNTY JAIL, | ) | |
| Defendant. | ) | |

Plaintiff, a detainee at the Alameda County Jail proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On October 9, 2007, the Court granted Plaintiff's motion to proceed in forma pauperis and ordered service of the complaint on the Defendant.

On October 24, 2007, the Court was notified by the Alameda County Jail that Plaintiff was released on October 15, 2007 and is no longer in custody. As of the date of this order, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case. Accordingly, the instant civil rights action is DISMISSED

///

///

Order of Dismissal Without Prejudice
P:\pro-se\sj.jf\cr.07\Ealey616dis         1

1  without prejudice for Plaintiff's failure to prosecute this action pursuant to Federal Rule
2  of Civil Procedure 41(b).  The Clerk shall terminate any pending motions as moot and
3  close the file.
4      IT IS SO ORDERED.
5  DATED: 12/18/07

                         JEREMY FOGEL
6                           United States District Judge

Order of Dismissal Without Prejudice
P:\pro-se\sj.jf\cr.07\Ealey616dis       2

1  A copy of this ruling was mailed to the following:

2

3  Gregory Ealey
   BAV875
   Santa Rita Jail
4  5325 Broder Blvd
   Dublin, CA  94568

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal Without Prejudice
P:\pro-se\sj.jf\cr.07\Ealey616dis                    3