1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY EALEY,                    )     No. C 07-2616 JF (PR)
                                  )
            Plaintiff,            )     JUDGMENT
                                  )
   vs.                            )
                                  )
                                  )
ALAMEDA COUNTY JAIL,              )
                                  )
            Defendant.            )
_____    )

        The Court has dismissed the instant civil rights action without prejudice for

Plaintiff's failure to prosecute this action pursuant to Federal Rule of Civil Procedure

41(b).  A judgment of dismissal without prejudice is entered.  The Clerk shall close the

file.

        IT IS SO ORDERED.

DATED:  12/18/07

                                        _____
                                        JEREMY FOGEL
                                        United States District Judge

1

A copy of this ruling was mailed to the following:

2

3

Gregory Ealey
BAV875
Santa Rita Jail
5325 Broder Blvd
Dublin, CA  94568

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28