Gregory Ealey II
BAV875
COZ#2616 JF

Dear Sir/Madam,

RECEIVED
DEC 26 2007
RICHARD W. W...
CLERK U.S. DISTRI...
...THERN DISTRICT O...

M

My Name is Gregory Ealey II I currently have a lawsuit pending within your court system. It is with great regret that I have to ask for a extention & a copy of the last Notice I was sent from the Courts.

Reason Being I have been Released & reincarserated & I am now at the

Glenn Dyer Jail
550 6th st
Oakland CA 94607

I have no way of obtaining the documents that I was previsly sent because of my homeless status that I was in upon my Release. I am asking for copy of those Documents & a extention to complete them

Thank You/God Bless

11/28/07

ML-76 REV 9/06

# ALAMEDA COUNTY SHERIFF'S OFFICE
## DETENTIONS AND CORRECTIONS DIVISION

**RETURN TO INMATE** →

## MESSAGE REQUEST

SRJ UNIT # _____

GDJ FLOOR# __5__

POD/CELL # __A/15__

RETURN TO INMATE _____

DATE: 11·22·07

( ) BOOKING   ( ) COMMISSARY   (✗) INMATE SERVICES   ( ) CLASSIFICATION   ( ) OTHER

| PRINT ONLY!!! | PRINT ONLY!!! | PRINT ONLY!!! |
|---|---|---|

PERSON TO CONTACT: _____

I would like the address to the Federal Court in San fransico were you send lawsuits Please.

Thank You

INMATE NAME: Gregory Enleg   PFN: BAV875   DATE OF BIRTH: 7·21·79

DEPUTY RECEIVING REQUEST: _Lee #933_   DATE RECEIVED: 11/24/07

SEE BACK FOR RESPONSE

RESPONSE: RETURN TO INMATE

450 GOLDEN GATE AVE
SF          94/02
P.H
NY
OAK
Ind
Mid
Tenn
Ph.
St. Lou
WAS
N.O.
CAL
NY
KC
CLEV
N.E.

PERSON RESPONDING: _____ ANGULO



Gregory Sales BAV875
Glenn Dyer Jail / S.A. 15
550 6th st
Oakland CA 94607

OAKLAND CA 946
29 NOV 2007 PM 9

USA First-Class

SA15
450 Golden Gate AVE
San franciso, CA. 94102

94102+3661

Gregory Earley
-BAV875-

Enclosed is a copy of the letter I sent to the courts but due to the fact that I recived A Incomplete address my letter was returned, But After a Dilligent search I was able to obtain the complete address I ask that me extention be granted & copy of the document that need to be done be sent to me.

Gregory Enloe BAV87S
NCJ-S·A·15
550 6th st
Oakland, CA. 94607

OAKLAND CA 946
21 DEC 2007 PM 9 L

Clerk of the United States District
Court for the Northern District of California
450 Golden Gate Ave Box 36060
San Francisco, CA 94102

94102+3661