Dear Sir/Madam:

I am writing pertaining to the case of:

Gregory Ealey
          Plaintiff
-vs-
Alameda County
          Defendant

Civil Docket for case #: 5:07-cv-02616-JF
I am giving the court a new address to contact Gregory Ealey & inform him of the status of his case the address is

Gregory Ealey II
6650 Brann St
Oakland CA 94605

Please use this address to contact Mr Ealey

Thank You

Gregory Eales # C-13777
S.Q.S.P.
San Quentin, CA. 94974

United States District Court
Northern District of California
280 South First Street
San Jose, CA. 95113