1
2
3
4
5
6
7
8
9                              NOT FOR CITATION

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
    GREGORY EALEY,                    )        No. C 07-2616 JF (PR)
13                                     )
                       Plaintiff,      )        ORDER DENYING MOTION
14                                     )        FOR EXTENSION OF TIME
       vs.                             )
15                                     )
                                       )
16   ALAMEDA COUNTY JAIL,              )
                                       )
17                     Defendant.      )        (Docket No. 10)
                                       )
18   _____ )

19          This action was dismissed without prejudice on December 19, 2007, for Plaintiff's

20   failure to prosecute this action pursuant to Federal Rule of Civil Procedure 41(b) by

21   keeping the Court informed of his current address after he was release from prison.  (See

22   Docket No. 7.)  Judgment was entered on the same day and the case closed.

23          Accordingly, Plaintiff's motion for an extension of time (Docket No. 10) is

24   DENIED as moot.

25          IT IS SO ORDERED.

26   DATED: ___7/9/08_____

27                                              JEREMY FOGEL
                                                United States District Judge
28